COMMONWEALTH of Pennsylvania,
Respondent,

v.

Joanne B. WILSON, Petitioner.

Supreme Court of Pennsylvania.

Nov. 14, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 14th day of November, 2003, the Petition for Allowance of Appeal is granted, limited to Petitioner's first issue, and the Order of the Superior Court is reversed. *See McKinley v. Commonwealth,* 769 A.2d 1153 (Pa.2001). The matter is remanded to the Court of Common

Pleas for proceedings consistent with this Order. Jurisdiction relinquished.